**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHAN LING,                       :  No. 166 MAL 2022

           Petitioner         :

                           :  Petition for Allowance of Appeal
                           :  from the Order of the Superior Court
         v.                   :

MICHAEL LAUSCH,            :

           Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.